```
UNITED STATES DISTRICT COURT                USDC SDNY
SOUTHERN DISTRICT OF NEW YORK               DOCUMENT
------------------------------------- x     ELECTRONICALLY FILED
                                            DOC#: _____
    WERNER ET AL.,                      :   DATE FILED: _11-22-16_
                                        :
                         Plaintiffs,    :
                                        :   1:16-cv-6462-ALC
              -against-                 :
                                        :   ORDER SETTING INITIAL
    TERRA NETWORKS OPERATIONS, INC.,    :   PRE-TRIAL CONFERENCE
                                        :
                         Defendant.     :
------------------------------------- x
```

**ANDREW L. CARTER, JR., United States District Judge:**

This case has been assigned to the undersigned for all purposes. Attorneys for all parties are directed to attend an Initial Pretrial Conference before the undersigned, in accordance with Rule 16 of the Federal Rules of Civil Procedure, on _December 1_, 2016, at _10:00 a_ .m. in Courtroom 1306 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

This case has been designated for electronic case filing. By the date of the Initial Pretrial Conference, attorneys for all parties are required to register as filing users in accordance with the Procedures for Electronic Case Filing ("ECF") and to file a Notice of Appearance.

**Counsel for Plaintiff is directed to immediately send a copy of this notice to all parties.**

SO ORDERED.

Dated:   November 21, 2016
         New York, New York

_____
                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**