```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/20/19__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFERY R. WERNER, et al.,

                Plaintiffs,

-against-

TERRA NETWORKS OPERATIONS, INC.,

                Defendant.

---

16cv06462 (ALC) (DF)

**SCHEDULING ORDER**

**DEBRA FREEMAN, United States Magistrate Judge:**

      The Court having held a telephone conference on January 19, 2017, with counsel for all parties, it is hereby ORDERED, as stated at the conference, that:

1.     The parties shall serve their initial document requests and interrogatories no later than February 3, 2017. In their initial interrogatories, the parties may, as reasonable, seek information outside the scope of Local Civil Rule 33.3(a).

2.     Any motions to amend the pleadings or to join any additional parties shall be filed no later than April 7, 2017.

3.     All fact discovery shall be completed no later than May 19, 2017.

4.     Counsel shall participate in a follow-up telephone conference call with this Court on March 16, 2017 at 10:00 a.m., and are directed to initiate such a call jointly to my chambers, on that date.

Dated: New York, New York
       January 20, 2017

                                      SO ORDERED

                                      _/s/ Debra Freeman_
                                      DEBRA FREEMAN
                                      United States Magistrate Judge

Copies to:
All counsel (via ECF)